IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HELEN FLORIO-FAMIANO, and     )
ERMAN DAVIS FAMIANO,          )
                              )
              Plaintiffs,     )              4:08CV3075
                              )
         v.                   )
                              )
MICHAEL PICKLE and ROCHE      )              ORDER
DIAGNOSTICS CORPORATION,      )
                              )
              Defendants.     )
                              )

         Following a telephone conference this date,

         IT IS ORDERED:

         1.  Plaintiffs' motion to amend, filing 24, is granted and
the amended complaint shall be filed forthwith.

         2.  The parties' joint request for stay of case deadlines
pending mediation is granted, and except as otherwise agreed by
counsel, all progression deadlines are suspended until further
order of the court.

         3.  Counsel shall as soon as practicable notify the chambers
of the undersigned of the name and address of the mediator hired
by the parties.

         4.  The Rule 16 telephone planning conference is continued
to November 6, 2008 at 11:00 a.m.  Plaintiffs' counsel shall
initiate the call.

         DATED this 9th day of September, 2008.


                              BY THE COURT:


                              s/ David L. Piester
                              David L. Piester
                              United States Magistrate Judge