IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HELEN FLORIO-FAMIANO and ERMAN DAVIS FAMIANO, | ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3075 |
| v. | ) ) | |
| MICHAEL PICKLE and ROCHE DIAGNOSTICS CORPORATION, | ) ) ) | ORDER |
| Defendants. | ) ) | |

The records of the court show that on August 19, 2008 (filing no. 26) a letter was sent to attorney Michael J. Ogborn from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of October 15, 2008, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

IT THEREFORE HEREBY IS ORDERED,

On or before October 30, 2008, attorney Michael J. Ogborn shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 16th day of October, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge