```
                                                          FILED
                                                   U.S. DISTRICT COURT
                                                   DISTRICT OF NEBRASKA
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

2009 FEB 11 PM 2: 36

OFFICE OF THE CLERK

| | |
|---|---|
| HELEN FLORIO-FAMIANO and, ERMAN DAVIS FAMIANO, | Case Number: 4:08-CV-3075 |
| Plaintiffs, | |
| v. | CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |
| MICHAEL PICKLE and ROCHE DIAGNOSTIC CORPORATION, | |
| Defendants. | |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Roche Diagnostics Corp. | 1-30-09 |
| [signature] | For Michael Pickle | 1-30-09 |
| [signature] | For Helen Florio-Famiano | 2/5/09 |
| [signature] | For Erman David Famiano | 2/5/09 |
| | For _____ | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Judge Piester _____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

2/9/09
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03