```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

HELEN FLORIO-FAMIANO, and    )
ERMAN DAVIS FAMIANO,         )
                             )
            Plaintiffs,      )        4:08CV3075
                             )
       v.                    )
                             )
MICHAEL PICKLE and ROCHE     )        ORDER
DIAGNOSTICS CORPORATION,     )
                             )
            Defendants.      )
                             )
```

Upon the consent of the parties and the referral of this case to the undersigned,

IT IS ORDERED:

The April 20, 2009 trial will be held before the undersigned commencing at 9:00 a.m. for a duration of three days in Courtroom 2, in the United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 12th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge