```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| HELEN FLORIO-FAMIANO and ERMAN DAVIS FAMIANO, | ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3075 |
| v. | ) ) | |
| MICHAEL PICKLE and ROCHE DIAGNOSTICS CORPORATION, | ) ) ) | ORDER |
| Defendants. | ) ) | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims.

Accordingly,

IT IS ORDERED:

(1)  Within thirty days of the date of this order the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, and e-mail a draft order to the undersigned magistrate judge which will fully dispose of the case;

(2)  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3)  This case is removed from the trial docket upon representation by the parties that the case has settled.

DATED this 17th day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge