IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HELEN FLORIO-FAMIANO and ERMAN DAVIS FAMIANO,<br>    Plaintiffs,<br><br>vs.<br><br>MICHAEL PICKLE and ROCHE DIAGNOSTIC CORPORATION,<br>    Defendants. | CASE NO. 4:08-CV-3075<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

THIS MATTER is before the Court upon the stipulation of the parties, filing no. 71, wherein the parties stipulate that the above-captioned matter be dismissed with prejudice, each party to pay their own costs, complete record waived.

It is hereby ordered, adjudged and decreed that the above matter is dismissed with prejudice, each party to pay their own costs, complete record waived.

IT IS SO ORDERED.

DATED this 7th day of April, 2009.

BY THE COURT

*s/ David L. Piester*

David L. Piester
United States Magistrate Judge